# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GONZALEZ, | Case No. SACV 15-2150-PA (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| W L MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 5, 2017

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE